

**Entered on Docket
August 02, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

_____

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor,
Wells Fargo Bank, N.A., not in its individual capacity, but as trustee for RMAC REMIC Trust, Series 2009-9, its assignees and/or successors and the servicing agent Quantum Servicing Corp.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 08-20253-mkn |
| | ) |
| Alfred Esparza, | ) Chapter 13 |
| Rita Esparza, | ) |
| | ) DATE: 07/21/10 |
| Debtors. | ) TIME: 1:30 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |

      The Motion for Relief from Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

*Rev. 12.09*                                                                             M&H File No. NV-10-28814
                                                                                             08-20253-mkn

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 3400 Drover Avenue, Las Vegas, NV 89101.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

/s/Sherry A. Moore
Sherry A. Moore, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329

Approved/Disapproved

*Order Filed 06/18/10-no response received*
Matthew E. Aaron, Esq.
2300 W. Sahara Avenue Suite 650
Las Vegas, NV 89102
702-384-4111

Approved/Disapproved

*Order Filed 06/18/10-no response received*
Rick A. Yarnall
701 Bridger Avenue, #820
Las Vegas, NV 89101

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X  This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: Matthew E. Aaron- Order Filed 06/18/10-no response received

Unrepresented parties appearing: None

Trustee: Rick A. Yarnall- Order Filed 06/18/10-no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Sherry A. Moore
Sherry A. Moore, Esq.

### 

*Rev. 12.09*  M&H File No. NV-10-28814
08-20253-mkn